# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>VARUN ARORA,<br><br><br>*Defendant(s)* | Case No. 1:25-MJ-445 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 29, 2024__ in the city/county of __Arlington__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. § 2244(b)<br>&<br>Title 49 U.S.C § 46506 | Abusive Sexual Contact on Aircraft within the special maritime and territorial jurisdiction of the United States |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA
AUSA April N. Russo/ SAUSA Rebecca Fisher
*Printed name and title*

*Complainant's signature*

Marc A. Esposito; Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by __telephone__ *(specify reliable electronic means)*.

Date: August 8, 2025

City and state: Alexandria, Virginia

*Judge's signature*

Honorable William B. Porter, U.S. Magistrate Judge
*Printed name and title*