# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| Varun Arora | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:25-mj-00445-WBP |
| United States of America | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

United States of America                                                                                       .

Date:        08/11/2025                                    /s/ Madison Mumma
                                                                     *Attorney's signature*

                                                       Madison Mumma, NC Bar. No. 56546
                                                                *Printed name and bar number*

                                                                   2100 Jamieson Ave.
                                                                   Alexandria, VA 22314

                                                                          *Address*

                                                            madison.mumma2@usdoj.gov
                                                                       *E-mail address*

                                                                     (202) 913-4794
                                                                    *Telephone number*

                                                                     (703) 299-3980
                                                                       *FAX number*